in the Caufe, viz. " The Writ of *Certiorari* " iffued out of this Court, in this Caufe, direct- " ed to *James Fairlie*, Clerk of the Court of Oyer " and Terminer, and General Gaol Delivery, in " and for the County of Queens, and the Return " of the faid *James Fairlie* to the faid Writ, be- " ing read, *Ordered*, that the faid Writ and Re- " turn be not received and filed in this Court, " and that the feveral Matters, intended by the " faid Return to have been certified and returned " to this Court, be in the fame State in which " they were before the faid Writ iffued; the faid " Writ and the faid Return notwithftanding." The *Certiorari* and Return were thereupon en- trufted to Mr. *Juftice Lanfing*, to be by him put again into the hands of Mr. *Fairlie* at *Albany*, where he refided.

B.

## The People *v.* Dowelle.

SEVERAL *poor* Perfons appeared on *Subpœna* to give Evidence againft the Defendant. The Court determined that on a juft Conftruc- tion of the ftatute, they were equally entitled to be paid as if they had appeared on Recognizance.

B.

APRIL TERM, 1795.

## Carnes *v.* Duncan, Administrator.

THE Defendant pleaded *Payment* and *Nul tiel Record;* and on Motion, on the part of the